```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 06 B 09801
   EUGENE LEDESMA
   HELEN M LEDESMA                               CHAPTER 13

                                                 JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-1214     SSN XXX-XX-5631

------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/11/2006 and was confirmed 11/30/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 10/18/2007.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------------
CERGRO ECU                SECURED           3274.00         98.20           .09
VILLAGE OF MATTESON       SECURED           1627.00         48.41         42.74
SELECT PORTFOLIO SERVICI  CURRENT MORTG        .00            .00           .00
SELECT PORTFOLIO SERVICI  MORTGAGE ARRE    4691.79            .00       4691.79
ALVERNO RECEIVABLES SERV  UNSEC W/INTER  NOT FILED            .00           .00
BLUE CROSS/BLUE SHIELD    UNSEC W/INTER  NOT FILED            .00           .00
BUSINESS & PROFESSIONALS  UNSEC W/INTER    8465.24            .00           .00
EMERGENCY MEDICINE COMMU  UNSEC W/INTER  NOT FILED            .00           .00
ILLINOIS RETINA ASSOC     UNSEC W/INTER  NOT FILED            .00           .00
JONES CLINIC PHYSICIANS   UNSEC W/INTER  NOT FILED            .00           .00
MEDICAL SPECIALISTS       UNSEC W/INTER  NOT FILED            .00           .00
NICOR GAS                 UNSEC W/INTER    1326.38            .00           .00
PRONGER SMITH CLINIC      UNSEC W/INTER  NOT FILED            .00           .00
SELECT PORTFOLIO SERVICI  NOTICE ONLY    NOT FILED            .00           .00
ST JAMES HOSPITAL & MEDI  UNSEC W/INTER    1254.50            .00           .00
NELLA E MARIANI           DEBTOR ATTY      2,500.00                     2,500.00
TOM VAUGHN                TRUSTEE                                         475.48
DEBTOR REFUND             REFUND                                           22.29

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                   7,879.00

PRIORITY                                            .00
SECURED                                        4,734.62
    INTEREST                                     146.61
UNSECURED                                           .00
ADMINISTRATIVE                                 2,500.00
TRUSTEE COMPENSATION                             475.48
DEBTOR REFUND                                     22.29

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 09801 EUGENE LEDESMA & HELEN M LEDESMA
```

```
                            ---------------      ---------------
TOTALS                             7,879.00             7,879.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 01/28/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE